LAURA A. HARVEY et al., Respondents, v. JAMES DILENO, JR., et al., Appellants.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.